THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted November 12, 1946; decided November 21, 1946.

Motion by appellant to amend remittitur denied. [See 296 N. Y. 655.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MADDEN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted November 18, 1946; decided November 21, 1946.

*John L. Madden*, in person, for motion.

*Nathaniel L. Goldstein*, Attorney-General (*William S. Elder, Jr.*, of counsel), opposed.

Motion denied on ground appeal lies as of right.